EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:  Designación de Jueces Retirados y Juezas Retiradas del Tribunal Supremo como miembros honorarios de la Comisión de Evaluación Judicial | 2025 TSPR 26  215 DPR ___ |
|---|---|

Número del Caso:  EN-2025-0001

Fecha:  19 de marzo de 2025

Materia: Designación de Jueces Retirados y Juezas Retiradas del Tribunal Supremo como miembros honorarios de la Comisión de Evaluación Judicial.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| *In re:*<br><br>Designación de Jueces Retirados y Juezas Retiradas del Tribunal Supremo como miembros honorarios de la Comisión de Evaluación Judicial | EN-2025-1 |

RESOLUCIÓN

En San Juan, Puerto Rico a 19 de marzo de 2025.

Al amparo del Artículo V, Sección 7 de la Constitución de Puerto Rico, y en reconocimiento del compromiso con la excelencia en la función judicial, así como las destacadas trayectorias en la judicatura de los Jueces Retirados y las Juezas Retiradas del Tribunal Supremo, se autorizan sus designaciones como miembros honorarios de la Comisión de Evaluación Judicial de así solicitarse por estos y estas al Director Ejecutivo o Directora Ejecutiva de la Comisión.

Como miembros honorarios, su participación en las reuniones o actividades de la Comisión será sin voto y estará sujeta a las limitaciones de la Regla 4 del Reglamento para la Evaluación de Jueces y Juezas del Tribunal de Primera Instancia, 4 LPRA Ap. XXXVII. Su asistencia no será considerada para efectos de establecer quórum.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez, los Jueces Asociados señor Estrella Martínez y señor Colón Pérez no intervinieron.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo